UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN PIERRE,<br><br>Defendant | Criminal No. 22cr10106<br><br>Violation:<br><br>Count One: Engaging in the Business of Dealing in Firearms Without a License (18 U.S.C. § 922(a)(1)(A))<br><br>Firearm Forfeiture Allegation: (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)) |

INDICTMENT

COUNT ONE
Engaging in the Business of Dealing in Firearms Without a License
(18 U.S.C. § 922(a)(1)(A))

The Grand Jury charges:

On or about diverse dates between December 6, 2021, and March 14, 2022, in Boston, in the District of Massachusetts, and elsewhere, the defendant,

JOHN PIERRE,

not being a licensed importer, manufacturer or dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, did willfully engage in the business of dealing in firearms, including the following:

    a. a Taurus, Model G2C, 9mm pistol, bearing serial number ACH095672;

    b. a Taurus, Model G2C, 9mm pistol, bearing serial number ACL578010;

    c. a Taurus, Model G2S, 9mm pistol, bearing serial number ACH195561;

    d. a Glock, Model 27, .40 caliber pistol, bearing serial number BTZK887;

    e. a Glock, Model 19, 9mm pistol, bearing serial number AFSN225;

    f. a Taurus, Model G3C, 9mm pistol, bearing serial number 1KA39594;

    g. a Glock, Model 27 Gen 5, .40 caliber pistol, bearing serial number BWBW682;

    h. a Ruger, Model 57, 5.7x28mm caliber pistol, bearing serial number 643-59177;

    i. a Glock, Model 23, .40 caliber pistol, bearing serial number BWEK554;

    j. a Glock, Model 23, .40 caliber pistol, bearing serial number WTZ309;

    k. a Glock, Model 27, .40 caliber pistol, bearing serial number LYD326;

    l. a Glock, Model 27 Gen 4, .40 caliber pistol, bearing serial number XYL434;

    m. a Glock, Model 42, .380 caliber pistol, bearing serial number AFNA075; and

    n. a Ruger, Model Security-9, 9mm pistol, bearing serial number 384-56250.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further alleges:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 922, set forth in Count One above, the defendant,

JOHN PIERRE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. a Taurus, Model G2C, 9mm pistol, bearing serial number ACH095672;

   b. a Taurus, Model G2C, 9mm pistol, bearing serial number ACL578010;

   c. a Taurus, Model G2S, 9mm pistol, bearing serial number ACH195561;

   d. a Glock, Model 27, .40 caliber pistol, bearing serial number BTZK887;

   e. a Glock, Model 19, 9mm pistol, bearing serial number AFSN225;

   f. a Taurus, Model G3C, 9mm pistol, bearing serial number 1KA39594;

   g. a Glock, Model 27 Gen 5, .40 caliber pistol, bearing serial number BWBW682;

   h. a Ruger, Model 57, 5.7x28mm caliber pistol, bearing serial number 643-59177;

   i. a Glock, Model 23, .40 caliber pistol, bearing serial number BWEK554;

   j. a Glock, Model 23, .40 caliber pistol, bearing serial number WTZ309;

   k. a Glock, Model 27, .40 caliber pistol, bearing serial number LYD326;

   l. a Glock, Model 27 Gen 4, .40 caliber pistol, bearing serial number XYL434;

   m. a Glock, Model 42, .380 caliber pistol, bearing serial number AFNA075; and

   n. a Ruger, Model Security-9, 9mm pistol, bearing serial number 384-56250.

    o. a box containing fifty (50) rounds of Magtech .40 caliber ammunition;

    p. a box containing fifty (50) rounds of Sellier & Bellot .40 caliber ammunition;

    q. two boxes containing one hundred (100) rounds of Luger 9mm ammunition;

    r. a box containing fifty (50) rounds of Fiocchi 9mm ammunition;

    s. a box containing fifty (50) rounds of Federal 5.7x28mm caliber ammunition; and

    t. two boxes containing one hundred (100) rounds of Blazer .40 caliber ammunition.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON

_____
JOHN T. DAWLEY, JR.
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: MAY __11__, 2022
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
...