JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** ATF

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number 22-mj-6134-MPK
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: John Pierre    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Lutts, TN

Birth date (Yr only): 1996   SSN (last4#): 6088   Sex: M   Race: Black   Nationality: _____

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: John T. Dawley, Jr.    Bar Number if applicable: 683662

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** 03/14/2022

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Suffolk - South Bay   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 05/11/2022    Signature of AUSA: /s/ John T. Dawley, Jr.

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    John Pierre

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms Without a License. | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____